COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:        01-16-00760-CV

Style:        Cecil Adams and Maxine Adams v. Harris County, Texas

Date motion filed\*:        February 10, 2017

Type of motion:        Response to Motion to Stay and Motion to Strike Pleading

Party filing motion:        Pro Se Appellant Maxine Adams

Document to be filed:        Motion to Dismiss Interlocutory Appeal of Maxine Adams

Is appeal accelerated?        Yes (interlocutory appeal).

Ordered that motion is:
- ☐ Granted
- ☐ Denied
- ☑ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Appellant Maxine Adams's motion to strike the motion to stay of co-appellant Cecil Adams is **dismissed as moot** because this Court's Order, issued February 14, 2017, denied the Adams's motion to stay. To the extent Maxine Adams also requests that this Court consider her motion to withdraw her interlocutory appeal, no such motion is on file with the Clerk of this Court. The Court will consider any motion to dismiss interlocutory appeal by appellant Maxine Adams that complies with Rule 42.1, which should be filed **within 10 days** of the date of this Order and which would seek only to dismiss Maxine Adams from this appeal. *See* TEX. R. APP. P. 42.1(a)(1), (b).

Judge's signature: /s/ Evelyn V. Keyes
         ☒ Acting individually

Date: February 23, 2017